IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re ANGELICA SANCHEZ,

    Plaintiff,

  v.

NANCY A. BERRYHILL,
Commissioner of Social Security,

    Defendant.
                                        /

No. C 16-06480 WHA

**JUDGMENT**

      For the reasons stated in the accompanying order denying Angelica Sanchez's motion for summary judgment and granting Nancy Berryhill's cross-motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Nancy Berryhill and against Angelica Sanchez. The Clerk shall **CLOSE** the file.

      **IT IS SO ORDERED.**

Dated: August 22, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE